UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number:  PE:14-CR-00073(1)-RAJ |
| | § | |
| (1) Horacio Gardea-Marrufo | § | |

### ORDER SETTING FELONY PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Thursday, June 05, 2014 at 10:20 AM, in Magistrate Courtroom, IN PECOS TX .

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **2nd day of June, 2014.**

_____
**B. DWIGHT GOAINS**
U.S. MAGISTRATE JUDGE